UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELINDA PRINCE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA AND PROTESTANT MEMORIAL MEDICAL CENTER D/B/A MEMORIAL HOSPITAL-BELLEVILLE, <br><br> Defendants. | Case No. 23-cv-2201-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Motion to Voluntarily Dismiss without Prejudice (Doc. 40). The Plaintiff filed their Motion on May 3, 2024. Being duly advised in the premises having fully considered the issues and arguments raised, the Court **GRANTS** the motion. Accordingly, the Court hereby **DISMISSES without prejudice** all claims against Defendant Protestant Memorial Medical Center, Inc. d/b/a Memorial Hospital-Belleville. The Plaintiff's claims against Defendant United States of America are **RETAINED**.

**IT IS SO ORDERED.**
**DATED:  May 22, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**